IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARL S. WAGNER,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 17-cv-159-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, Commissioner of Social Security and against plaintiff Karl S. Wagner affirming the decision of the Commissioner and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | 8/23/2019 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |